#1422179, James V Allred Unit
2101 FM 369 N.
Iowa Park, Texas

80,811-02

Tues, 12/16/2014
7:pm

COURT OF CRIMINAL APPEALS OF TEXAS
Abel Acosta, Clerk
P.O. Box 12308
Austin, Texas
78-711

IN RE AMADO HERNANDEZ AGUILAR, —V— THE STATE OF TEXAS to Applicants Application For writ of Habeas Corpus seeking relief from A Final Felony conviction on case-No. 57-88, under Code of Criminal Procedure, Art. 11.07.

Dear Mr. Acosta

please do received And file This Letter for The Record That supposely Applicants Application was filed by The 25th DISTRICT Court Clerk: HARVEY Vornsand on or About November 18th, 2014

IN My 12/11/2014 Letter Addressed To you. I informed you How HARVEY VORNSAND, DISTRICT Clerk, COLORADO COUNTY got ahead of himself by preparing A December 17th Clerks RECORD COVER, INDEX, CLERK'S CERTIFICATION To The WRIT of Habeas Corpus on case No. 57-88 AI, filed for November 18th, 2014. when being on December 8, 2014. NINE (9) days before.

IN December 8, 2014. A clerks certificate of notification of Application of Habeas Corpus was signed And certified for December 17th, 2014 —Indicating That The Trial court made no finding on the writ of Habeas Corpus

IN December 8, 2014 (same day) I mailed out to The DISTRICT Clerk

1.

to file a motion or a writ of mandamus compelling clerk to follow appellate guide lines and proceedings as required by law.

I'm gonna ask that you send me a copy of page 1, to my 11.07 application on case no. 57-88 showing a filing number filed by your office as required to clerks duty by the administration of the county(s). — (Austin, Texas).

Further Delays will only enforce me to make further complaints to THE Higher power OF Authorities under The Federal Guidelines for Disobeying proceedings required under Appellate Rules.


THANK you Kindly

no Further Delays is Necessary. please comply with the rules!


Complainant, Armado H. Aguilar
Amado H. Aguilar
# 1422179.

1:23 pm

Again in November 11, 2014.
I mailed out my 11.07 application to the clerk.

In December 02, 2014. I wrote this letter to Mr. HARVEY CORNSAND

In December 3, clerk answered this letter and the state also mailed out states answer in opposition to applicants application for writ of

3.

(Also) Enclosed to this Dec. 8, 2014 letter came.
This other letter

December 17, 2014

IN RE: Cause # 57-88 A    Amado-Hernandez, vs. The
State of Texas.

Jay Johannes
County Attorney
400 Spring Street, suite 204 W
Columbus, Tx 78934

Amado-Hernandez Aguilar # 1422179
James V, Allred unit
2101 FM 369 North
Iowa Park, Texas 76367

Dear MR. Johannes and MR. Aguilar,

Enclosed please find a copy of the clerk's record cover,
INDEX, CLERKS CERTIFICATION to the writ of Hobeds
Corpus, prepared and mailed this the 17th day of
December, 2014, to the Court of criminal appeals,
Austin, Texas.

Sincerely
Harvey Morrsand
District Clerk
Official Seal     By  Linda Holma Deputy.

This Document was not sincered when signed And

5.

This Clerks Certificate of notification of application of Habeas Corpus was also signed by the Deputy Clerk, Linda Holma for December 17, 2014, when it was only December 8, 2014.

This certification being certified is out of place by dating some document nine (9) days before the actual date for December 17, 2014.

Again; Enclosed as the other(s);

## INDEX

1. Application for Writ of Habeas Corpus _____ 1.

2. Letter to District Attorney _____ 93

3 Letter to Judge William D. Old III _____ 94

4. Writ Docket Sheet 57-88A _____ 95

5. Certified copy of the Indictment _____ 96

6. Certified copy of the Judgment on Jury verdict of Guilty punishment Fixed By Court — no probation Granted _____ 98

7. Mandate from court of Appeals _____ 100

8 States Answer in opposition to Applicants Application for Writ of Habeas Corpus _____ 101

9 Clerks Certification of notification of Application of Habeas Corpus _____ 102.

The state have Combined Two (2) separate —

7.

## INMATES DECLARTION

I, Amado HERNANDEZ AGUILAR, being presently incarcerated at The James V. Allred Unit, 2101 FM 369 North, IOWA PARK, TEXAS 76367-6568, Do DeClare under the penalty of perjury That This 12/11/2014 LeTTer addressed to The Court of Crimal Appeals, Abel ACOSTa, Clerk is True And Correct to the best of my Knowledge.

signed. on December, 16th, 2014

Amado - Hernandez. Aguilar
signature of applicant on
Case No. 57-88 A1.


## CERTIFICATE OF SERVICE

I, HEREBY CERTIFY That on This December, 16th, 2014

This original leTTer dated for Tues, 12/16/2014 was Delivered To MR. Abel ACOSTa, by First Class prepaid postage to The following:

1. COURT OF CRIMINAL APPEALS OF TEXAS,
   Abel ACOSTa, Clerk
   P.O. Box 12308
   AUSTIN, Texas 78711.

9.